UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.:

ANTONIO NETO

        Plaintiff,

v.

PAVAN DIVING CORP,

        Defendants.

_____/

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE THAT** Defendant, Pavan Diving Corp. ("Pavan"), has removed this cause to the United States District Court for the Southern District of Florida pursuant to 28 U.S.C. § 1441. The grounds for removal are:

1.     On or about April 5, 2019, a civil action was filed in the Seventeenth Judicial Circuit, Broward County, Florida entitled *Antonio Neto v. Pavan Diving Corp.*, Case No. CACE-19-007400 Division 02.

2.     Other than the filing of the Summons and Complaint, no proceedings have transpired in this matter. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all pleadings and documents filed and served in this action are attached hereto as Exhibit "A."

3.     Pavan was served on April 23, 2019. This Notice of Removal is filed within thirty (30) days of the Complaint being served, and is therefore timely filed pursuant to 28 U.S.C. § 1446(b).

4.     Pursuant to 28 U.S.C. § 1446(d), Pavan, concurrently with the filing of this Notice of Removal, served written notice thereof to all adverse parties and have filed a copy of this Notice with the Clerk of the Seventeenth Judicial Circuit, Broward County, Florida, from which

this case was removed.  A copy of the Notice of Filing Notice of Removal is attached hereto as Exhibit "B."

<u>**FEDERAL QUESTION JURISDICTION**</u>

5.      This Court has original subject matter jurisdiction over this case pursuant to 28 U.S.C. § 1331 and this case can be removed to this Court pursuant to 28 U.S.C. § 1441 in that it is a civil action containing federal question causes of action under the Fair Labor Standards Act, 29 U.S.C. § 201-219 (See Complaint, ¶ ¶ 6-27, including all of Count I).

6.      Based on the preceding facts, this Court has original subject matter jurisdiction over this case pursuant to 28 U.S.C. § 1331 and this case is therefore properly removable to this Court pursuant to 28 U.S.C. § 1441.

Defendant accordingly requests the removal of this case from the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida to this Court.

Date: May 16, 2019                                          Respectfully submitted,


By:   ___/s/Steven A. Siegel_____
        Steven A. Siegel
        Fla. Bar No. 497274
        ssiegel@fisherphillips.com
        FISHER & PHILLIPS LLP
        450 East Las Olas Boulevard
        Suite 800
        Fort Lauderdale, FL 33301
        Telephone (954) 525-4800
        Facsimile (954) 525-8739

        *Attorneys for Defendant*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on **May 16, 2019**, I electronically filed the foregoing **NOTICE OF REMOVAL** document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day to all counsel of record identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF and/or via U.S. Mail.

<u>/s/Steven A. Siegel</u>
Steven A. Siegel
Fla. Bar No. 497274
ssiegel@fisherphillips.com
FISHER & PHILLIPS LLP
450 East Las Olas Boulevard
Suite 800
Fort Lauderdale, FL 33301
Telephone (954) 525-4800
Facsimile (954) 525-8739

*Attorney for Defendant*

## SERVICE LIST

**United States District Court – Southern District of Florida**
**Antonio Neto v. Pavan Diving Corp.**
**Case No.:**

Noah Storch
noah@floridaovertimelawyer.com
Richard Guadagnolo
rich@floridaovertimelawyer.com
RICHARD CELLER LEGAL, P.A.
7450 Griffin Road
Suite 230
Davie, Florida 33314
Telephone (866) 344-9243
Facsimile (954) 337-2771

*Attorneys for Plaintiff*

Steven A. Siegel
ssiegel@fisherphillips.com
FISHER & PHILLIPS LLP
450 East Las Olas Boulevard
Suite 800
Ft. Lauderdale, Florida 33301
Telephone: (954) 525-4800

*Attorneys for Defendants*

4